UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Raymond C. McArdle,**
        **Plaintiff(s),**

**V.**                          **CIVIL ACTION NO. 1:11cv11805  RGS**

**Town of Dracut, et al.,**
        **Defendant(s).**

## JUDGMENT

**STEARNS, DJ.**                                        **December 18, 2012**

     In accordance with the Court's Memorandum and Order entered on December 18, 2012 it is hereby ordered, Defendants' motion for summary judgment is ALLOWED as to all counts of the complaint.  The above entitled action is CLOSED.

                                            **SO ORDERED.**

                                            **RICHARD G. STEARNS**
                                            **UNITED STATES DISTRICT JUDGE**

                **BY:**          */s/ Terri Seelye*
                                   **Deputy Clerk**